404 A.2d 1349

Commonwealth v. Gerald R. Williams, Appellant.

Submitted June 12, 1978. Jeffrey P. Bowe, Assistant Public Defender, for appellant; Richard B. Russell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.